UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS BECKER and MICHELLE COTTLE,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:26-cv-02521-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on its own motion.

On **July 2, 2026**, the Court issued an order requiring the Parties to file a Joint Status Report by **September 14, 2026**. Dkt. No. **7**. No extension of the deadline has been sought or given, and no Joint Status Report has been filed.

Accordingly, it is hereby ORDERED that Plaintiffs shall cause a Joint Status Report to be filed or seek an extension for good cause by **October 15, 2026**, or otherwise show cause by the same date why this action should not be dismissed for failing to comply with the Court's prior

order. Absent a timely and satisfactory response to this Order, this action may be dismissed without prejudice.

Dated this 1st day of October, 2026.

Tana Lin
United States District Judge