HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS BECKER and MICHELLE COTTLE,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMESITE INSURANCE COMPANY,<br><br>Defendant. | No. 2:26-cv-02521-TL<br><br>STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 10/13/26 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of October, 2026.

By *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Attorney for Defendant

DATED this 12th day of October, 2026.

By *s/Charles P. Pearson (email permission 10/12/26)*
Charles P. Pearson, WSBA No. 52162
Property Claims Attorneys LLC
2455 NW Marshall Street, Suite 3
Portland, Oregon 97210
Phone: 971-867-2188
Email: pearson@property.claims
Attorney for Plaintiff

IT IS SO ORDERED.

DATED this 13th day of October, 2026.

THE HONORABLE TANA LIN
UNITED STATE DISTRICT JUDGE